IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAKOTA K. BLOUNT,

        Plaintiff,                No. 2:13-cv-0311 KJN P

    vs.

R. ARAGON, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. At the time he filed this action, plaintiff was held in the Sacramento County Jail. However, it appears that plaintiff has since been transferred to state prison.

        On March 1, 2013, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, stating he was housed at the Sacramento County Jail. Plaintiff has not, however, filed a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint, and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

1

1  However, now that plaintiff is housed in state prison, plaintiff must provide an
2  application to proceed in forma pauperis that is certified by state prison officials, and must
3  provide a certified trust account statement.
4  In accordance with the above, IT IS HEREBY ORDERED that:
5  1. Plaintiff shall submit, within thirty days from the date of this order, a certified
6  copy of his inmate trust account statement for the six month period immediately preceding the
7  filing of the complaint, and the certification required on the application form.  Plaintiff's failure
8  to comply with this order will result in a recommendation that this action be dismissed without
9  prejudice.
10  2. The Clerk of the Court is directed to send plaintiff a new Application to
11  Proceed In Forma Pauperis By a Prisoner.
12  DATED: March 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blou0311.3e