1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAKOTA D. BLOUNT,

11               Plaintiff,                          No. 2:13-cv-0311 KJN P

12   vs.

13   R. ARAGON, et al.,

14               Defendants.              ORDER

15   _____/

16               Plaintiff is a state prisoner proceeding without counsel.  By order filed May 2,

17   2013, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended

18   complaint that provided sufficient factual allegations to state a cognizable Eighth Amendment

19   claim.  (ECF No. 13.)  Plaintiff was provided a notice of amendment form to submit along with

20   the amended complaint.  However, on May 24, 2013, plaintiff filed the notice of amendment

21   form, without an amended complaint.  (ECF No. 16.)  It appears plaintiff attempted to use this

22   form as the complaint form, as he handwrote some of the defendants' names on the line of the

23   caption.  Rather than provide the necessary factual detail, however, plaintiff states, in conclusory

24   fashion, that defendant Aragon used excessive force and cruel and unusual punishment, and

25   defendants Vasques, Morzinski, and Grassman used police brutality in assisting defendant

26   Aragon.

1

1    This filing does not comport with the requirements set forth in the May 2, 2013

2    order.  As plaintiff was previously informed, plaintiff must allege sufficient facts surrounding the

3    use of force for the court to determine whether plaintiff states a cognizable Eighth Amendment

4    claim.  (ECF No. 13 at 3-4.)  Plaintiff is granted an additional thirty days in which to file an

5    amended complaint that complies with the May 2, 2013 order, and that is completed on the form

6    used in this district.  Plaintiff is cautioned that failure to timely comply with this order will result

7    in the dismissal of this action.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  Plaintiff is granted thirty days from the date of this order in which to file an

10   amended complaint, using the court's form, that complies with this court's May 2, 2013 order;

11   and

12   2.  The Clerk of the Court is directed to send plaintiff the form for filing a civil

13   rights complaint by a prisoner.

14   DATED:  June 12, 2013

15

16   _____
     KENDALL J. NEWMAN

17   UNITED STATES MAGISTRATE JUDGE

18   blou0311.eot

19

20

21

22

23

24

25

26

2