UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA D. BLOUNT, Plaintiff, v. R. ARAGON, et al., Defendants. | No. 2:13-cv-0311 KJN P ORDER |

Plaintiff is a state prisoner proceeding without counsel. On December 3, 2013, plaintiff filed a letter to the undersigned "asking for a transportation order for court appearance." (ECF No. 25.) No court hearing is presently scheduled in this action. Plaintiff is advised that should his appearance be required, the court will issue the appropriate order for such appearance. Generally, prisoner motions are resolved on the papers without oral argument.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 25) is denied.

Dated: December 12, 2013

/blou0311.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1