1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DAKOTA D. BLOUNT,                    No.  2:13-cv-0311 KJN P
12         Plaintiff,
13      v.                               ORDER
14  R. ARAGON, et al.,
15         Defendants.
16

Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On May 28, 2014, plaintiff filed a letter in which he discusses various future situations he is concerned about, including potential future transfers, and the possibility that court documents may be lost. (ECF No. 37.) Plaintiff also states he was "hoping and wish[ing]" for a "stay away" order against defendants, "especially" defendant Aragon "because [plaintiff] feel[s] [they're] putting life in danger and has been [sic] and also a stay on Vernee Gonzales and her family." (ECF No. 37 at 3.) Plaintiff states that he is not asking to be placed in protective custody yet, and concedes that he is presently housed in a single cell in administrative segregation, such that any potential threat is limited. Plaintiff notes that he has limited access to the law library.

Plaintiff's filing is too vague, conclusory, and speculative for the court to determine the precise relief plaintiff seeks. Moreover, plaintiff's filing is not in the form of a motion, and is

1 unsupported by legal authority.  In addition, plaintiff is presently housed at Deuel Vocational
2 Institution in Tracy, and his claims against defendant Aragon are based on events that took place
3 at the Sacramento County Jail on May 3, 2011, where defendant Aragon was employed.  Thus, it
4 is unclear how defendant Aragon poses a threat to plaintiff at this time.  Plaintiff does not identify
5 Vernee Gonzales, who is not a named defendant, and fails to articulate sufficient facts to explain
6 the nature of any alleged threat posed.  Finally, plaintiff's claims concerning possible future
7 events are too speculative.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 28, 2014 letter (ECF No. 37) is placed in the file and disregarded.  If plaintiff seeks relief from the court, he must file a motion that complies with the Federal Rules of Civil Procedure, and is briefed pursuant to Local Rule 230(l).

Dated:  June 18, 2014

blou0311.ltr

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE