UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA BLOUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMON ARAGON, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0311 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding without counsel, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  October 24, 2014

/blou0311.59a

　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1