UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA D. BLOUNT, | No. 2:13-cv-0311 KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. ARAGON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, requested that this action be dismissed "in full." (ECF No. 44.) On October 28, 2014, defendants filed a statement of non-opposition to plaintiff's request. (ECF No. 46.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: November 13, 2014

/blou0311.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1